IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WAYNE ROOKS, JR.**                                                       **PLAINTIFF**

v.                  CASE NO. 4:24-CV-00520-BSM

**JACKIE McCOOL, et al.**                                         **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE